**GLENN W. P.      .RSON, JR.**
ATTORNE      .AW
11 GREENWAY P     SUITE 2820
HOUSTON, 1   .AS 77046

(713) 961-9688 TELEPHONE
(713) 961-0941 FACSIMILE

EMAIL ADDRESS:
glenn@patterson-adr.com

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 2 3 2015

CHRISTOPHER A. P...
CLERK

February 20, 2015

Christopher A. Prine, Clerk of the Court
FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002-2066

    **Re:**    **Case No. 01-15-00090-CV;** *Vicky McKenna v. Baylor College of Medicine*

Dear Mr. Prine:

Enclosed please find a check in the amount of $195.00 for the appellate filing fee in the above referenced matter.

Please contact me if you have any questions.

    Very truly yours,

    Glenn W. Patterson, Jr.

GWP/kh]